UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE


| | | |
|---|---|---|
| JORGE RODRIGUEZ | ) | |
| | ) | |
| | ) | |
| v. | ) | NO. 3:11-0633 |
| | ) | JUDGE TRAUGER |
| | ) | |
| THE AUTOMOBILE INSURANCE COMPANY | ) | |
| OF HARTFORD, CONNECTICUT | ) | |

ENTRY OF JUDGMENT


        Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the
Federal Rules of Civil Procedure on February 7, 2012.



                                    KEITH THROCKMORTON, CLERK
                                    s/Althea F. Straughter, Deputy Clerk